In the Matter of the Petition of RICARDO NARGANES, Appellant, for the Establishment of a Claim against the Estate of CHRISTOBAL N. MADAN, Deceased.

CARLOTA B. DE MORALES, Respondent.

*Matter of Narganes*, 161 App. Div. 563, affirmed.
(Argued November 11, 1914; decided December 1, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 24, 1914, which affirmed a decree of the New York County Surrogate's Court disallowing a claim by the executor against the estate of Christobal N. Madan, deceased.

*Carroll G. Walter* for appellant.

*H. Linsly Johnson* for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.